UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SANDRA VAHLDICK                                                                                      PLAINTIFF

v.                                         No. 2:20-CV-02121

UNITED STATES OF AMERICA
aka UNITED STAES POSTAL SERVICE                                                    DEFENDANT

## ORDER

The parties filed a joint motion (Doc. 16) to dismiss this case with prejudice. The motion represents the parties have reached a settlement. Rule 41(a)(2) gives the Court discretion to dismiss a case on Plaintiff's motion on terms that the Court considers proper. The motion will be granted.

IT IS THEREFORE ORDERED that the motion to dismiss (Doc. 16) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 24th day of May, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE